UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA          )
                                  )
                                  )
            v.                    )          Crim. No. 06-120-M-02 (JMF)
                                  )
                                  )
TAMMY ODOM                        )
_____)


<u>PRAECIPE</u>

    THE CLERK OF THE COURT will please note the appearance of Elise

Haldane as court-appointed counsel for defendant Tammy Odom.

                            Respectfully submitted


                            _____/s/_____
                            Elise Haldane #242826
                            303 E Street NE
                            Washington, DC 20002
                            202/659-8700
                            fax: 202/544-0165
                            email: EHaldane@msn.com